1030

No. 89–5979.  FERGUSON v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 89–5980.  DONALSON v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 89–5982.  SOTO ALVAREZ v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 89–5983.  CHASE v. OREGON.  Ct. App. Ore.  Certiorari denied.

No. 89–5986.  SPARKS v. PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.

No. 89–5987.  CHEARS v. MCWHERTER, WARDEN.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 89–5992.  WATSON v. RISLEY, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 89–5993.  TEASLEY v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 89–5994.  STUDNICKA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 89–5995.  RIGGINS v. BUTLER, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 89–5996.  RAHIMI-ARDEBILI v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 89–6000.  SMALL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 89–6001.  HAYES v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 89–6004.  RODMAN v. DALTON ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 89–6007.  WHEAT v. MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 89–6008.  MCNEAL v. RDO, SUPERINTENDENT, GREEN MEADOW CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.